# STATE OF LOUISIANA

# COURT OF APPEAL, FIRST CIRCUIT

JAXON ENERGY, LLC

VERSUS

CERTAIN UNDERWRITERS AT
LLOYD'S, LONDON SUBSCRIBING
TO POLICY CERTIFICATE NO.
NMB-ETU2011349 AND MARKEL
INTERNATIONAL INSURANCE
COMPANY LIMITED PARTIES

NO.  2024 CW 1095

**JANUARY 29, 2025**

---

In Re:    Certain Underwriters at Lloyd's, London and Markel
          International Insurance Company Limited, applying for
          supervisory writs, 21st Judicial District Court, Parish
          of Tangipahoa, No. 20220000638.

---

**BEFORE:    WOLFE, MILLER, AND GREENE, JJ.**

**WRIT DENIED.**

> **EW**
> **SMM**
> **HG**

COURT OF APPEAL, FIRST CIRCUIT

DEPUTY CLERK OF COURT
    FOR THE COURT